B 265
(8/96)

# United States Bankruptcy Court
## District of Colorado

In re _Wexler, Jenine Renee_ )
_Wexler, Paul Adam_ Debtor )
                                                ) Case No. _03-27669-SBB_
_City Wide Banks_, )
           Plaintiff ) Chapter _7_
 )
_Wexler, Paul Adam_, )
           Defendant ) Adv. Proc. No. _04-01416-SBB_

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

      I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on _November 24, 2004_ as it appears in the records of this court, and that:
                                                                          (date)

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☒ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                    (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
          (name of court)                                    (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.

**Certification**
I hereby attest and certify that on _9/4/08_ (date) the foregoing/affixed document(s) hereto is/are a full, true, and correct copy of the original on-file in my office and legal custody.
Clerk, U.S. Bankruptcy Court
District of Colorado
By: _[signature]_
Deputy Clerk

_9/4/08_
Date

BRADFORD L. BOLTON

_____
Bradford L. Bolton
By: _[signature]_
Deputy Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WEXLER, JENINE RENEE | ) | Case No. 03-27669 SBB |
| XXX-XX-1834 | ) | |
| WEXLER, PAUL ADAM | ) | Chapter 7 |
| XXX-XX-6555 | ) | |
| Debtors. | ) | |
| | ) | |
| CITYWIDE BANKS, | ) | Adv. Pro. No. 04-01416 SBB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PAUL ADAM WEXLER, | ) | |
| Defendant. | ) | |

### DEFAULT JUDGMENT

THIS MATTER, having come before the Court on Plaintiff's Verified Motion for Default Judgment Against Defendant (the "Motion"), and the Court being fully advised, hereby

GRANTS the Motion. Plaintiff is entitled to judgment as follows:

A. Judgment is entered in favor of Citywide Banks against Defendant Wexler in the amount of $1,010,236.00 as of November 4, 2004, plus interest thereon at the default rate of 21.0% per annum commencing on November 5, 2004, until such amount is paid in full; and

B. Judgment is entered in favor of Citywide Banks against Defendant Wexler for the Bank's attorney fees and costs totaling $11,644.70 in prosecuting this action, and the Bank's future costs and expenses, including without limitation, reasonable attorneys' fees, incurred in collection of the judgment.

Dated this 24 day of November, 2004.

FOR THE COURT:

Bradford L. Bolton, Clerk

By: _____
      Deputy

APPROVED AND ACCEPTED:

By: _____
Sidney B. Brooks
U.S. Bankruptcy Judge

**Certification**

I hereby attest and certify that on 9/4/08 the foregoing/affixed document(s) hereto is/are a full, true, and correct copy of the original on-file in my office and legal custody.

Clerk, U.S. Bankruptcy Court
District of Colorado

By: _____
         Deputy Clerk